THEODORE B. STOLMAN (State Bar No. 52099)
TStolman@Stutman.com
SCOTT H. YUN (State Bar No. 185190)
SYun@Stutman.com
CAROL CHOW (State Bar No. 169299)
CChow@Stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Counsel for the Reorganized Debtor

<u>Reorganized Debtor's Mailing Address:</u>
1055 W. Victoria Street
Compton, California 90220

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAEWOO MOTOR AMERICA, INC., a Delaware corporation,<br><br>            Reorganized Debtor.<br><br>Tax I.D. No. 22-3523539 | Case No. 2:02-bk-24411-BB<br><br>Chapter 11<br><br>**ELEVENTH POST-CONFIRMATION STATUS CONFERENCE REPORT**<br><br><u>Hearing</u><br><br>Date: August 6, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1475<br>       Roybal Federal Bldg.<br>       255 East Temple St.<br>       Los Angeles, CA |

529180v1

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Daewoo Motor America, Inc. (the "Debtor"), formerly the debtor and debtor in possession in the above-captioned case and, effective as of October 16, 2003, the reorganized debtor, and Credit Managers Association of California dba Credit Management Association (the "Trustee of the Creditor Trust"), the trustee of the creditor trust, hereby submit this "Eleventh Post-Confirmation Status Conference Report" (the "Report"), in accordance with Rule 3020-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California. The Debtor and the Trustee of the Creditor Trust represent as follows:

**A.  General Background.**

On May 16, 2002, the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On October 8, 2003, the Court entered the "Order Confirming the 'Debtor's Sixth Amended Chapter 11 Plan of Reorganization Supported by the Official Committee of Unsecured Creditors as Further Modified' as Modified at the Confirmation Hearing" (the "Confirmation Order"), confirming the "Debtor's Sixth Amended Chapter 11 Plan of Reorganization Supported by the Official Committee of Unsecured Creditors" (as modified, the "Plan"). The Plan became effective on October 16, 2003 (the "Effective Date").

Since the Effective Date, the Court has scheduled ten prior post-confirmation status conferences, approximately every six months. During the previous post-confirmation status conferences, the Court was apprised of the payments to certain classes of creditors and the implementation of the Plan. Specifically, the Debtor apprised the Court of distributions to holders of allowed administrative expenses, priority claims and convenience claims. As provided for in the Plan, no distributions to general unsecured creditors are expected until there are recoveries from certain pending litigation.

B. **Significant Events Since the Tenth Post-Confirmation Status Conference.**

Since the first post-confirmation status conference, the Trustee of the Creditor Trust has not made significant distributions, except funding the various lawsuits pursuant to the terms of the Plan. Below are the summaries of certain significant litigation matters currently on-going at this time:

1. *DMA v. DWMC*.

On May 4, 2009, DWMC filed a summary judgment motion seeking to dismiss the entire adversary proceeding. DWMC's summary judgment motion was originally scheduled to be heard on June 9, 2009, but the hearing was subsequently continued to July 30, 2009, at 10:00 a.m. A status conference is also scheduled for July 30, 2009. Further, the Court has tentatively scheduled a pre-trial conference for September 3, 2009 with a joint pre-trial order to be lodged by August 20, 2009.

2. *DMA v. Gulf*.

On June 26, 2007, the Court issued its Findings of Fact and Conclusions of Law in regard to the proper adjustment of DMA's claim for insurance coverage under a policy issued by Gulf Insurance Company. On January 31, 2008, Gulf submitted the Court's recommendation to the District Court. The parties have also submitted appendices containing the relevant pleadings to the District Court.

On September 9, 2008, the District Court issued an order requesting supplemental briefing. The parties exchanged supplemental briefing on September 25, 2008 and October 2, 2008, pursuant to the schedule set forth in the District Court's September 9, 2008 Order. The parties are awaiting the District Court's decision.

C. **Estimated Time for Closing the Case.**

The Plan will be not be substantially consummated until initial distributions are made to holders of allowed claims in Classes 14, 15, 16, and 17. However, since the distribution for these claims are largely dependent on the results of the pending litigation and objections to claims, the Debtor cannot estimate when the Plan will be substantially consummated or when the

1 Reorganized Debtor will be able to file a motion pursuant to Rule 3022 of the Federal Rules of
2 Bankruptcy Procedure for a final decree and an order closing the case.

### D. Next Status Conference.

The Debtor requests that the Court schedule another post-confirmation status conference sometime in the second quarter of 2010.

DATED: July 27, 2009

/s/ Carol Chow
CAROL CHOW, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Counsel for the Reorganized Debtor

DATED: July 23, 2009

MICHAEL L. JONCICH
CREDIT MANAGERS ASSOCIATION OF
CALIFORNIA DBA CREDIT MANAGEMENT
ASSOCIATION
Trustee of the Creditor Trust

| DAEWOO MOTOR AMERICA, INC.  Debtor(s). | CHAPTER 11  CASE NUMBER 2:02-24411-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

The foregoing document described **ELEVENTH POST-CONFIRMATION STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Todd M Arnold | tma@lnbrb.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Martin J Brill | mjb@lnbrb.com |
| Stephen L Chesney | schesney@vandc.net |
| Jacquelyn H Choi | jchoi@wwolawyers.com |
| Jacquelyn H Choi | jacquelyn.choi@dlapiper.com |
| Carol Chow | CChow@Stutman.com |
| H Alexander Fisch | afisch@stutman.com |
| Irving M Gross | igross@rdwlawcorp.com, mrichardson@rdwlawcorp.com;csharpe@rdwlawcorp.com |
| James Andrew Hinds | jhinds@jhindslaw.com |
| Gil Hopenstand | ghopenstand@wwolawyers.com |
| Eric P Israel | eisrael@dgdk.com |
| Paul J Laurin | laurin@wllaw.com |
| Michael B Lubic | mlubic@sonnenschein.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 9013-3.1**

| DAEWOO MOTOR AMERICA, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:02-24411-BB |
|---|---|

Richard M Moneymaker    rmm@moneymakerlaw.com

Sally S Neely    sneely@sidley.com

Richard Park    Richard.Park@usdoj.gov

Benjamin Seigel    bseigel@buchalter.com

Paul R Shankman    pshankman@jhindslaw.com

Katrina V Stolc    kvs@severson.com

Kim Tung    kt@lnbrb.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Michael D Vanlochem    hcastillo@vandc.net

Victor A Vilaplana    vavilaplana@foley.com

David Weinstein    dweinstein@richardsonpatel.com

David M Wiseblood    dwiseblood@seyfarth.com

Timothy J Yoo    tyoo@rdwlawcorp.com

Beth Ann R Young    bry@lnbrb.com

Scott H Yun    syun@stutman.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **July 27, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Hon. Sheri Bluebond**
U.S. Bankruptcy Court
255 East Temple Street
Suite 1475
Los Angeles, CA  90012

☒ Service information continued on attached page

| DAEWOO MOTOR AMERICA, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:02-24411-BB |

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2009 | Louise Tamburrino | /s/ Louise Tamburrino |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

Post-Confirmation Service List
Document No. 412953v2
July 24, 2009

Reorganized Debtor
Daewoo Motor America, Inc.
Attn: Legal Department
1055 West Victoria Street
Compton, CA 90220

Atty/Daewoo Motor Co., Ltd.
Peter I. Ostroff/Sally S. Neely/
Michelle Goodman, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

Atty/Remarketing Services of America
Daniel J. McCarthy, Esq.
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147

Ronald C. Wernette, Jr.
Bowman and Brooke LLP
50 West Big Beaver Road
Suite 600
Troy, MI 48084

Atty/Walden Leasing, Inc. and
Rosedale Dodge, Inc.
David R. Weinstein, Esq.
Richardson & Patel LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90024

Atty/Federal Express Corporation
Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

Primeshares
60 Madison Avenue
2nd Floor
New York, NY 10011-1600

U.S. Attorney's Office, Tax Division
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, CA 90012

Atty/Reorganized Debtor
Theodore Stolman/Scott Yun/Carol Chow
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Atty/GMDAT
Jeffrey M. Reisner, Esq.
Ivan C. Borges, Esq.
Irell & Manella
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067

Bruce G. Arnold, Esq.
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819

Atty/PPM
Thomas P. Walper, Esq.
Munger, Tolles & Olson, LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Michael L. Joncich
Credit Managers Association of CA
dba Credit Management Association
40 East Verdugo Avenue
P.O. Box 7740
Burbank, CA 91510-7740

Atty/Fox Rent A Car, Inc., et al.
James Andrew Hinds, Jr., Esq.
Attorney at Law
21515 Hawthorne Blvd., Suite 1150
Torrance, CA 90503

Atty/City of Philadelphia
Ashley M. Chan, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles Street
Room 4062
Los Angeles, CA 90012-9903

Atty/Reorganized Debtor
Martin J. Brill/Todd Arnold, Esq.
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Atty/Creditor Daewoo of Los Angeles
Michael F. Frank/Anthony Molino
Molino & Associates
4751 Wilshire Boulevard, Suite 125
Los Angeles, CA 90010

Atty/Cornelius Bros. LLC
dba Daewoo Stevens Creek
Michael Kay, Esq.
Shea Law Firm
255 North Market Street
San Jose, CA 95110

Atty/Barbush Rentals, Inc.
Kelly S. Johnson, Esq.
Law Offices of Kelly S. Johnson
180 Newport Center Drive, Suite 100
Newport Beach, CA 92660

Steven Schlesinger
Jaspan, Schlesinger & Hoffman
300 Garden City Plaza
Garden City, NY 11530

Kenneth Roye, Esq.
P.O. Box 4982
Chico, CA 95927-4982

Atty/Dean Parsons, et al.
Kenneth J. Catanzarite, Esq.
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, CA 92801

U.S. Dept. of Justice, Tax Division
Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044